JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY MICOLE GLEN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CLARA SHORTRIDGE FOLTZ CRIMINAL JUSTICE CENTER,<br><br>　　　　Respondent. | No. CV 25-4983-DDP(E)<br><br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

　　DATED:  July 1, 2025

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE